

FILED

06/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0231


ORIGINAL



**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**THE OFFICE OF THE CLERK OF SUPREME COURT**
**HELENA, MONTANA 59620-3003**

Supreme Court No.
DA 20-0231

**FILED**

JUN 22 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

MEGHAN FENOGLIO,

     Petitioner and Appellee,

  and

WILLIAM FENOGLIO,

     Respondent and Appellant.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until July 25, 2020, to prepare, file, and serve the Appellant's brief.

DATED this June 22, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    William Fenoglio, Jami L. Rebsom